
ORIGINAL
(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) **Jelicia Wall**
(Name of Plaintiff)   (Inmate Number)

**660 Baylor Blv.**
**New Castle, DE 19720**
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) **Dept. of Corrections**
(2) **Altea Jett in her Official and Individ-ual Capacity**
(Names of Defendants)
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 306

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

☒ Jury Trial Requested

FILED
MAY - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned
IFP

I.   **PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

no

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☐ Yes ☒ No
The system available is completely ineffective

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? advised Deputy Warden Grace Martin and Warden Patrick Ryam

2. What was the result? Since the defendent works in Georgetown, there was nothing they could do.

D. If your answer to "B" is No, explain why not: ___

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Dept. of Corrections.

Employed as _____ at _____

Mailing address with zip code: 245 McKee Rd Dover DE. ~~19720~~ 19901

(2) Name of second defendant: Altea Jett

Employed as Counselor at D.O.C.

Mailing address with zip code: 1012 White Oak Rd. Dover, DE 19901

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. 8th amendment violation - defendent Aletta Jett used her computer privleges to access her D.O.C. records to cause the plaintiff pain and suffering resulting in her becoming ill.

2. Defendent knew that the plaintiff had a neurochemical inbalance causing plaintiff to be a paranoid schizophrenic.

3. The defendent, with deliberate indifference intentionally leaked information to her family, causing distress and a complete breakdown of the family relationship.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Punitive damages, Nominal damages and Monetary damages

3

2. 

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Felicia S. Wall
660 Baylor Blvd
New Castle DE 19720

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington DE 19801

$00.53
MAY 04 2006
MAILED FROM ZIP CODE 19904
PRESORTED FIRST CLASS

Legal Mail