UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

AFFIDAVIT IN SUPPORT OF
MOTION TO PROCEED IN FORMA PAUPERIS

Explanatory Note: Where a case has been dismissed pursuant to 28 U.S.C. §1915(d) in the district court or where a litigant is seeking to proceed in forma pauperis in a case which originates in this Court, this affidavit must accompany the motion to proceed in forma pauperis. See Rule 24, Federal Rules of Appellate Procedure.

__Felicia S. Wall__ (Appellant/Petitioner)

__Aleta Jett in her official and individual capacity__ (Appellee/Respondent)

06-306 (KAJ)

C.A. No. _____

D.Ct. (or Agency) No. _____

FILED
MAY 17 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, __Felicia S. Wall__, being duly sworn, depose and say that I am the appellant/petitioner, in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

Issues to be presented -- __8th amendment violation__

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the costs of prosecuting are true.

1. Are you presently employed? ___ yes  √ no

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.

   __1996 minimum wage__

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources? √ yes ___ no

(over)

a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

521 per month SSI

3. Do you own any cash or checking or savings account? ___ yes ✓ no

   a. If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ✓ no

   a. If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support and state your relationship to these persons.

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

_____ Yelena S. Zval _____
SIGNATURE

SUBSCRIBED and SWORN TO before me this 12 day of

May 2006

_____
NOTARY PUBLIC

If notary unavailable, sign the following statement:

I certify under penalty of perjury that the foregoing is true and correct. (28 U.S.C. §1746).

5-12-06        Yelena S. Zval
DATE           SIGNATURE

NOTE: Additional information may be attached to this form. Sign and date any attachments.



Felicia S. Wall
old Baylor blvd
New Castle DE 19720

Deputy Clerk
Monica Mosley
Lock Box 18
844 King Street
US. Courthouse
Wilmington DE 19801