IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FELICIA WALL,                         )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )  Civil Action No.06-306-KAJ
                                      )
DEPARTMENT OF CORRECTIONS,            )
ALTEA JETT,                           )
                                      )
        Defendants.                   )

```
          FILED

        JUN - 1 2006

      U.S. DISTRICT COURT
     DISTRICT OF DELAWARE
        ß scanned
```

**AUTHORIZATION**

I, Felicia Wall, SBI #00187331 request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $4.58 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated _May 23_____, 2006.

This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: _5-30_____, 2006.
        May 30,

                          _Felicia B. Wall_____
                          Signature of Plaintiff

WILMINGTON DE 197

31 MAY 2006 PM 3 T

Felicia S. Wall
WBCI
660 Baylor Blvd
New Castle DE 19720

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware 19801-3570

19801443510 C012