IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA WALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-306-KAJ |
| ) | |
| ALTEA JETT, ) | |
| ) | |
| Defendant. ) | |

ORDER

WHEREAS, Plaintiff filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 27, 2006, the court entered an order requiring Plaintiff to complete and return USM-285 forms for the Defendant and the Attorney General for the State of Delaware; informing Plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court; and that failure to provide said forms within 120 days from the date of the order may result in the complaint being dismissed or Defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 8);

WHEREAS, to date, the court has not received the required USM-285 form from Plaintiff;

THEREFORE, at Wilmington this 21st day of November, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m)

_____
UNITED STATES DISTRICT JUDGE