06 cv 306 - KAJ

To The Clerks office

My case was dismissed on 11-21-2006 and money for the case was taken off my Books on 11-30-2006. I am incarcerated at B.W.C.I womens correctional institution please return the money that was taken off my Books and notify the prison that the case is no longer open so they can stop taking my money return my money to the following address

(civil Action No)
Case No. 06-306-KAJ

Felicia S. Wall
660 Baylor Blvd
New Castle DE 19720

please return all money Due back to me

Thank you
Felicia A. Wall



FILED
DEC 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

Felicia S. Wall
660 Baylor Blvd
New Castle DE 19720

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

WILMINGTON DE 197
18 DEC 2006 PM 3 L

U.S.M.S.
X-RAY

