To: The Clerk of the Court          06-306

My case was dismissed and I would like to have my money returned to me that was taken for a filing fee since the case was never filed. please return all my money to me at the following address

Case No: 06-306-KAJ

Felicia S. Wall
660 Baylor Blvd
New Castle DE 19720

[ This is my second Request to have my money returned ]



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA WALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-306-KAJ |
| ALTEA JETT, | ) ) ) |
| Defendant. | ) |

ORDER

WHEREAS, Plaintiff filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 27, 2006, the court entered an order requiring Plaintiff to complete and return USM-285 forms for the Defendant and the Attorney General for the State of Delaware; informing Plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court; and that failure to provide said forms within 120 days from the date of the order may result in the complaint being dismissed or Defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 8);

WHEREAS, to date, the court has not received the required USM-285 form from Plaintiff;

THEREFORE, at Wilmington this 21st day of November, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m)

UNITED STATES DISTRICT JUDGE

# Memo

**To:**     Felicia Wall– Unit 9

**From:**   Business Office

**Date:**   December 16, 2006

**Re:**     Account Information

---

Ms. Wall,

The Business office received your case dismissal letter after the check for $20.00 had already been mailed to the U.S. District Court. Please contact the court and have them send the check back to BWCI so your account can be adjusted.

Thank you.



WILMINGTON DE 197
26 2006 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801+3570

RECEIVED
DEC 27 2006
DISTRICT COURT
DISTRICT OF DELAWARE

USMS X-RAY

Felicia S. Wall
660 Baylor Blvd
New Castle DE 19720