OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 9, 2007

```
TO:  Felicia Wall
     SBI# 00187331
     WBCI
     660 Baylor Blvd.
     New Castle, DE 19720
```

**RE: Request for Refund of Filing Fees; 06-306(\*\*\*)**

Dear Ms. Wall:

In response to the above-referenced letter received by the Clerk's office on 12/19/06, filing fee payments are non-refundable and PLRA deductions will continue unless terminated by a Court Order. Enclosed please find a current copy of your account summary statement indicating your outstanding balance.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

enc.  Account Summary Statement