UNITED STATES DISTRICT COURT

District of Delaware

Felicia Wall
    plaintiff

Civ. No. 06-306-KAJ

V

Altea Jett, in her official and individual Capacity



FILED
FEB -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion for Correction

Felicia Walls the Plaintiff respectfully requests that the Court corrects a misunderstanding regarding the facts in her case.

There exists a wrong interpretation - most likely due to the wording of the plaintiff's complaint. In her complaint page 3 (1), she states that the defendent Aletta Jett used her computer privileges to access her Doc records. However, they were not medical records, as the Court interpreted, but Doc's records containing her prison information.

Where the Plaintiff describes her pain and suffering she is refering to how this act "hurt" her physically due to her mental problems. This is not a medical suit.

Therefore, the Plaintiff requests that the court correct any documentation, and inform her of any reconsideration based on this data, if any.

_7-6.06_
date

_Felicia S. Zelall_
Plaintiff

# Certificate of Service

I Felicia Wall, have served a true and correct copy to the following:

Dept. of Justice
Deputy Attorney General
820 N. French St.
Wilmington, DE
19801

7-8-06                               Felicia S. Wall



Felicia Sidall
660 Baylor Blvd
New Castle DE 19720

U.S. District Ct.
Celeb Boggs
844 N King St
Wilmington, DE 19801