OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 20, 2007

```
TO:  Felicia Wall
     SBI# 00187331
     WBCI
     660 Baylor Blvd.
     New Castle, DE 19720
```

**RE: U.S. Marshal 285 Forms**
*Civ. No. 06-306(***)*

Dear Ms. Wall:

   Please be advised that this office has received the US Marshall 285 form for Altea Jett.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,


/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Mary Pat Thynge