CA 06-306 SCR

Felicia Wall
SBI #187331
Plummer Community Corrections Center
38 Todds Lane
Wilmington, DE 19805

FILED

SEP 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Utility Events

1:06-cv-00306-KAJ Wall v. Dept. of Corrections et al
PaperDocuments

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 8/30/2007 at 4:46 PM EDT and filed on 8/30/2007
**Case Name:** Wall v. Dept. of Corrections et al
**Case Number:** 1:06-cv-306
**Filer:**
**Document Number:** No document attached

### Docket Text:
Case reassigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)

**1:06-cv-306 Notice has been electronically mailed to:**

**1:06-cv-306 Notice has been delivered by other means to:**

Felicia Wall
38 Todds Lane
Wilmington, DE 19802




Office of the Clerk
United States District Court
84 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

U.S.M.S.
X-RAY

NIXIE    197  5E  1        25  09/06/07
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 19899001818    *1127-03811-31-42