

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA WALL,                )<br>                              )<br>     Plaintiff,              )<br>                              )<br>  v.                          )     Civ. No. 06-306-SLR<br>                              )<br>ALTEA JETT in her official and )<br>individual capacity,          )<br>                              )<br>     Defendants.             ) | |

**MEMORANDUM ORDER**

At Wilmington this 31st day of August, 2007, having considered plaintiff's pending motion for correction construed as a motion for reconsideration;

IT IS ORDERED that the motion (D.I. 13) is **denied** and the clerk of the court is directed to **close** the case, for the reasons that follow:

1. **Background.** Plaintiff, an inmate housed at the Delores J. Baylor Women's Correctional Institution, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (D.I. 2) On June 27, 2006, following screening by the court, one defendant was dismissed, but the complaint was allowed to proceed against defendant Altea Jett ("Jett"). (D.I. 8) On the same date plaintiff was ordered to submit U.S. Marshal 285 ("USM-285") forms for Jett and the Attorney General of the State of Delaware within 120 days or face dismissal pursuant to Federal Rule of Civil Procedure 4(m). The USM-285 forms were not timely received and, as a result, the case was dismissed without prejudice on November 21, 2006, and the case closed. (D.I. 9)

2. The order dismissing the case did not terminate plaintiff's responsibility to